UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHIVA STEIN,

           Plaintiff,

- against -

AMERICAN CAMPUS COMMUNITIES, INC., ET AL.,

           Defendants.

22-cv-3829 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for July 20, 2022, is canceled.

SO ORDERED.

Dated:    New York, New York
           July 14, 2022

                                    John G. Koeltl
                              United States District Judge